Aug. 31, 1979.

422 A.2d 701

Commonwealth v. Dillard, Appellant.

Submitted March 23, 1979. *John F. Street,* for appellant; *Eric B. Henson,* Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Judgments affirmed.